

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00039-CR

| | | |
|---|---|---|
| Barclay Edward Berdan II | § | From County Criminal Court No. 9 |
| | § | of Tarrant County (1327699) |
| v. | § | January 22, 2015 |
| | § | Opinion by Justice Gabriel |
| The State of Texas | § | (en banc) (nfp) |

## JUDGMENT ON REHEARING

After reviewing Appellant's motion for rehearing and motion for rehearing en banc, we deny the motions. We withdraw our November 6, 2014 memorandum opinion and judgment and substitute the following.

The court has again considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel